**ORIGINAL**

FILED - GR
June 22, 2009 12:39 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: rmw /

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - GRAND RAPIDS

---

DIRECTV, Inc., a California corporation,

                Plaintiff,

-against-

C. DENNIS MILLER a/k/a CHARLES DENNIS MILLER a/k/a DENNIS MILLER and LAURA L. MILLER, Individually, and as officers, directors, shareholders and/or principals of L & D ASSOCIATES, INC. d/b/a MILLER'S TIME-OUT a/k/a MILLER'S TIME OUT, and L & D ASSOCIATES, INC. d/b/a MILLER'S TIME-OUT a/k/a MILLER'S TIME OUT,

                Defendants.

---

**NOTICE OF APPEARANCE**

Civil Action No. **1:09-cv-570**
**Robert J. Jonker**
**U.S. District Judge**

To Clerk of this Court, and all parties of record:

Please enter my appearance as Lead Counsel of record for Plaintiff, **DIRECTV, INC.**, in the above captioned matter.

I certify that I am admitted to practice in this Court.

Dated: June 3, 2009
       Ellenville, New York

                              DIRECTV, Inc.

                              By: _____
                              WAYNE D. LONSTEIN, ESQ.
                              Attorney for Plaintiff
                              LONSTEIN LAW OFFICE, P.C.
                              Office and P.O. Address
                              1 Terrace Hill : P.O. Box 351
                              Ellenville, NY 12428
                              Telephone: (845) 647-8500
                              Facsimile: (845) 647-6277
                              Email: Info@signallaw.com
                              *Our File No. NFL7-2MI-W01V*