UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - GRAND RAPIDS

---

DIRECTV, Inc., a California corporation,

                Plaintiff,

-against-

C. DENNIS MILLER, a/k/a CHARLES DENNIS MILLER, a/k/a DENNIS MILLER, and LAURA L. MILLER, Individually, and as officers, directors, shareholders and/or principals of L & D ASSOCIATES, INC., d/b/a MILLER'S TIME-OUT, a/k/a MILLER'S TIME OUT, and L & D ASSOCIATES, INC., d/b/a MILLER'S TIME-OUT, a/k/a MILLER'S TIME OUT,

                Defendants.

---

NOTICE OF DISMISSAL

Civil Action No. 1:09-CV-570 RJJ

     **DIRECTV, Inc.,** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 10, 2009
       Ellenville, New York

SO ORDERED this 13th
day of August, 2009

/s/ Robert J. Jonker
**HON. ROBERT J. JONKER**
**UNITED STATES DISTRICT JUDGE**

DIRECTV, Inc.

By: /s/ Wayne D. Lonstein
Wayne D. Lonstein.
LONSTEIN LAW OFFICE, P.C.
Attorneys for Plaintiff
1 Terrace Hill : P.O. Box 351
Ellenville, New York 12428
Telephone: (845) 647-8500